UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-224 (DMC) |
| v. | : Hon. Dennis M. Cavanaugh |
| LENWOOD THOMPSON | : CONTINUANCE ORDER |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on March 20, 2008; and the defendant having appeared before the Magistrate Judge Patty Shwartz for an initial appearance on April 16, 2008; and the defendant being represented by Stephen Dratch, Esq.; and no bail having been set by the Court; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy(70) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and seven(7) continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to continue their plea negotiations and try to resolve this matter without trial; the Government having agreed to this continuance; and for good cause shown;

Received Time Jun. 25. 4:27PM

IT IS on this 29 day of June, 2009,

ORDERED that from June 24, 2009, to and including August 24, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

SEEN AND AGREED:

Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

Stephen N. Dratch, Esq.
Counsel for Lenwood Thompson