Prob12C
(7/93)

# United States District Court
## for
## District of New Jersey
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Thompson, Lenwood

**Docket Number:** 2:8CR 224-01
**PACTS Number:** 51621

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh

**Date of Original Sentence:** 01/5/10

**Original Offense:** Unlawful possession of a weapon by a convicted felon

**Original Sentence:** Seventy five months custody, three years supervised release, DNA testing, drug and alcohol treatment.

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** 05/17/13

**Assistant U.S. Attorney:** Eric Kanefsky, 970 Broad Street, Newark, New Jersey, 07102, (973)645-2700

**Defense Attorney:** Stephen N. Dratch, 6901 Jericho Turnpike, 354 Eisenhower Parkway, Livingston New Jersey 07039 (973)992-3700

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states 'You must participate in random drug testing, If deemed necessary by the Probation Department, defendant shall participate in outpatient and or/inpatient drug treatment or a detoxification program approved by the U.S. Probation Department. The defendant must contribute to the cost of such treatment.' |
| | Since the start of supervision on May 17, 2013, the offender has failed to complete the drug and alcohol evaluation form, or participate in treatment. |
| 2 | The offender has violated the standard condition which states 'You must obtain gainful employment.' |
| | While on supervision Mr. Thompson has violated the standard condition regarding employment by failing to secure a job since his release from custody on May 17, 2013. |
| 3 | The offender has violated the standard condition which states 'You must secure a permanent residence'. |
| | At this time the offender's residence has not been confirmed, despite the probation office's multiple home visits, and the offender not being present at the address provided. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/03/14

PROB 12C - Page 2
Lenwood Thompson

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: JAN 27, 2014
[ ] No Action                                    @ 10:30 AM
[ ] Other

_____
Signature of Judicial Officer

1-17-14
_____
Date